| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: District of Columbia | |
| Case number (*If known*): _____ Chapter 15 | ☐ Check if this is an amended filing |

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

**1. Debtor's name**  
Indeal Consultoria em Mercados Digitais Ltda.

**2. Debtor's unique identifier**

For non-individual debtors:

☐ Federal Employer Identification Number (EIN) \_\_ \_\_ – \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_

☑ Other CNPJ/MF. Describe identifier 13.871.035/0001-48.

For individual debtors:

☐ Social Security number: xxx – xx– \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

☐ Individual Taxpayer Identification number (ITIN): **9** xx – xx – \_\_\_\_ \_\_\_\_ \_\_\_\_ \_\_\_\_

☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  
Laurence Bica Medeiros, in his capacity as judicial administrator.

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  
Business Court in the Judicial District of Novo Hamburgo, State of Rio Grande do Sul, Brazil

**5. Nature of the foreign proceeding**

*Check one:*

☑ Foreign main proceeding  
☐ Foreign nonmain proceeding  
☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor  Indeal Consultoria em Mercados Digitais Ltda.                    Case number (*if known*)
         Name

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Federal Republic of Brazil

   **Debtor's registered office:**

   Av. Paulista, 807
   Number    Street

   Bela Vista - Zip Code 01.311-915
   P.O. Box

   São Paulo/SP
   City    State/Province/Region    ZIP/Postal Code

   Brazil
   Country

   **Individual debtor's habitual residence:**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State/Province/Region    ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Av. Dr. Nilo Peçanha,2900/701-CEP 91330-00
   Number    Street

   Chácara das Pedras
   P.O. Box

   Porto Alegre/RS, Brazil
   City    State/Province/Region    ZIP/Postal Code

   Brazil
   Country

10. **Debtor's website** (URL)  _____

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

       ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☐ Other. Specify:

    ☐ Individual

Debtor    Indeal Consultoria em Mercados Digitais Ltda.    Case number (*if known*)
         Name

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☒ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
Assets located in this District.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Laurence Bica Medeiros        Laurence Bica Medeiros
Signature of foreign representative    Printed name

Executed on    04/25/2025
               MM / DD / YYYY

✗ _____    _____
Signature of foreign representative    Printed name

Executed on    _____
               MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ Kristen E. Burgers        Date    05/06/2025
Signature of Attorney for foreign representative        MM / DD / YYYY

Kristen E. Burgers
Printed name
Hirschler Fleischer
Firm name
1676 International Drive, Suite 1350
Number    Street
Tysons                                    VA        22102
City                                      State     ZIP Code

(703) 584-8364                            kburgers@hirschlerlaw.com
Contact phone                             Email address

500674                                    District of Columbia
Bar number                                State